# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT CRUMEDY AND IRIS
PATTERSON

VERSUS

NAUTILUS INSURANCE COMPANY,
RIVERTOWN OPTICAL, LLC AND
MARION FAVRE

NO.  2026 CW 0311

JUNE 1, 2026

---

In Re:  Nautilus Insurance Company, Rivertown Optical, LLC and
Marion Favre, applying for supervisory writs, 22nd
Judicial District Court, Parish of St. Tammany, No.
202315447.

---

BEFORE:  THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.